TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00502-CV

In the Matter of D. S.

FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY

NO. 154,588-C, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

PER CURIAM

 Appellant D. S. has filed a motion to dismiss this appeal and to expedite the issuance of
mandate. The motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.

Before Justices Powers, Aboussie and Jones

Dismissed on Appellant's Motion

Filed: October 30, 1996

Do Not Publish